Opinion filed March 29,
2012

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-10-00323-CV

                                                    __________

 

                                
IN THE MATTER OF THE ESTATE OF 

                                   
JACKIE L. DOUGLASS, DECEASED



 

                                   On
Appeal from the 32nd District Court

Fisher County, Texas

                                                       Trial
Court Cause No. 5856

 



 

                                            M
E M O R A N D U M    O P I N I O N

            Deborah
Bowen is the appellant in this appeal.  She has filed an
unopposed motion to dismiss the appeal pursuant to Tex. R. App. P. 42.1(a)(1).  In the motion, appellant states
that “[t]he parties have settled their dispute and all matters in controversy
have been compromised and settled and this dispute should be dismissed with
prejudice.”  Therefore, in accordance with appellant’s request, we dismiss the
appeal. 

The
motion to dismiss is granted, and the appeal is dismissed. 

 

                                                                                                PER
CURIAM

 

March 29, 2012

Panel consists of: Wright, C.J.,

McCall, J., and Kalenak, J.